IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**LINDA MOORE, individually and on behalf of all similarly situated insureds,**

    Plaintiff,

v.                                       Civil Action No. 3:22-CV-00385

**INDIAN HARBOR INSURANCE COMPANY, NEPTUNE FLOOD INCORPORATED, and PENINSULA INSURANCE BUREAU, INC.,**

    Defendants.

## CERTIFICATE OF SERVICE

    I, Brent K. Kesner, counsel for Plaintiff, do hereby certify that on the **21st day of April, 2023**, I electronically filed the **CERTIFICATE OF SERVICE** for **PLAINTIFF'S THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO DEFENDANTS** with the Clerk of the Court using the CM/ECF system and emailed and mailed a true and exact copy of the document in its entirety to counsel of record in a properly addressed envelope, postage prepaid, and depositing the same in the regular course of the United States mail to:

Matthew A. Nelson, Esq.
Michael P. Markins, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
707 Virginia Street, East, Suite 1400
Charleston, WV  25301
matt.nelson@lewisbrisbois.com
michael.markins@lewisbrisbois.com

Andrew B. Cooke, Esq.
**Thomas Combs & Spann, PLLC**
300 Summers Street, Suite 1300
Charleston, WV  25338
acook@tcspllc.com

                                                      /s/ *Brent K. Kesner*
                                                      Brent K. Kesner (WVSB #2022)