**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**LINDA MOORE,
individually and on behalf of all
similarly situated insureds,**

      **Plaintiff,**

**v.**                            **Civil Action No.: 3:22-cv-00385**

**INDIAN HARBOR INSURANCE COMPANY,
NEPTUNE FLOOD INCORPORATED, and
PENINSULA INSURANCE BUREAU, INC.,**

      **Defendants.**

## DISMISSAL ORDER

Came this day the parties to the above-styled action, by their respective counsel. Whereupon the Court was advised that the individual claims of the Plaintiff Linda Moore have been resolved by agreement.  Whereupon motion was made that the Court dismiss the present action from the docket of the Court, with prejudice as to the claims of Linda Moore, but without prejudice to the claims of any member of the putative class.

And the Court, based on the agreement of the parties, does hereby ORDER that the present action shall be dismissed, with prejudice as to the claims of the Plaintiff Linda Moore individually, but without prejudice as to the claims of any member of the putative class.

The Clerk of the Court is to provide certified or attested copies of this Order to counsel of record.

ENTER this __22__ day of _____June_____, 2023.

_____
Honorable Robert C. Chambers

**Prepared by:**

_/s/ Brent K. Kesner_____
Brent K. Kesner (WVSB #2022)
Ernest G. Hentschell, II, Esq. (WVSB #6006)
Anthony E. Nortz, Esq. (WVSB #12944)
Kesner & Kesner, PLLC
112 Capitol Street
Charleston, WV   25301
Phone (304) 345-5200
Fax (304) 345-5265
bkesner@kesnerlaw.com
ehentschel@kesnerlaw.com
anortz@kesnerlaw.com
_Counsel for Plaintiff_

_/s/ Kenneth P. Hicks_____
Kenneth P. Hicks (WVSB #5063)
Kenneth P. Hicks, L.C.
742 Fourth Avenue
Huntington, WV  25701
Phone (304) 525-3201
Fax (304) 525-4700
khicks1748@aol.com
_Counsel for Plaintiff_

**Approved by:**

_/s/ Michael P. Markins_____
Michael P. Markins, Esq. (WVSB #8825)
Matthew A. Nelson, Esq. (WVSB #9421)
LEWIS BRISBOIS BISGAARD & SMITH LLP
707 Virginia Street, East, Suite 1400
Charleston, WV  25301
Phone: (304) 553-0166
Fax: (304) 932-0265
matt.nelson@lewisbrisbois.com
michael.markins@lewisbrisbois.com
_Counsel for Defendants_

*/s/  Andrew B. Cooke*
Andrew B. Cooke (WVSB #6564)
Tessa L. Adkins (WVSB #13941)
Kimberly E. Williams (WVSB #7581)
Thomas Combs & Spann, PLLC
300 Summers Street, Suite 1380
P.O. Box 3824
Charleston, WV  25338
acooke@tcspllc.com
*Additional Counsel for Defendant Neptune Flood, Inc.*